**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BRIAN S. JOHNSON,**<br>　　　　**Plaintiff,**<br>　v.<br>**THE STATE OF OHIO,**<br>　　　　**Defendant.** | **Case No. 2:12-cv-972**<br>**Judge Peter C. Economus**<br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

　　　　This matter is before the Court for consideration of the United States Magistrate Judge's January 17, 2013 Report and Recommendation. (Doc. # 4.) The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint in its entirety.

　　　　The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation, pages 6 – 7.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

　　　　The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** the Complaint in its entirety. The Clerk of Court is directed to enter judgment in favor of Defendant.

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Peter C. Economus**
　　　　　　　　　　　　　　　　　　　　　　　　**PETER C. ECONOMUS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**